UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GERALD E. WILCOX, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:04-cv-735 |
| ) | |
| v. ) | Honorable Robert Holmes Bell |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | **JUDGMENT** |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that plaintiff's objections to the magistrate judge's report and recommendation (docket # 13) are OVERRULED, the report and recommendation (docket # 12) is ADOPTED as the court's opinion, the Commissioner's decision is AFFIRMED and judgment is hereby entered in favor of defendant.

Date:   July 11, 2005              /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE